**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| Eldridge Chatman, | Civil No. 08-6097 (RHK/FLN) |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT CRAIG TAYLOR WITH PREJUDICE** |
| vs. | |
| Craig Taylor, acting in his individual capacity as an officer of the Minneapolis Police Department, and the City of Minneapolis, | |
| Defendants. | |

_____

Based upon the Stipulation (Doc. No. 19) of the parties wherein the parties agreed to the voluntary dismissal with prejudice of Defendant Craig Taylor in the above-entitled matter;

**IT IS ORDERED** that Defendant Craig Taylor is **DISMISSED WITH PREJUDICE** in the above-entitled matter.

Dated: September 25, 2009

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge