## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Eldridge Chatman, | Civil No. 08-6097 (RHK/FLN) |
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| Craig Taylor, acting in his individual capacity as an officer of the Minneapolis Police Department, and the City of Minneapolis, | |
| Defendants. | |

_____

Based upon the Stipulation (Doc. No. 21) of the parties wherein the parties agreed to the voluntary dismissal with prejudice of the above-entitled matter;

**IT IS ORDERED** that the above-entitled matter is **DISMISSED WITH PREJUDICE** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 25, 2009

                                                    s/Richard H. Kyle_____
                                                    RICHARD H. KYLE
                                                    United States District Judge